UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TAVARES HUMPHRIES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: |
| | ) | |
| vs. | ) | |
| | ) | |
| UIC, OFFICER'S | ) | |
| WILLIAM HONIOTES #732, | ) | |
| ARMANDO JUAREZ #602, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Plaintiff, TAVARES HUMPHRIES, by his attorney, John V. Schrock, and for his

Complaint for Use of Excessive Force, states as follows:

## STATEMENT OF FACTS

1. On December 14, 2015, Case No.: 1:15-CV-11254 was filed.

2. That Case No.: 1:15-CV-11254 was voluntarily non-suited on July 18, 2024.

3. That this Complaint is a refiling of Case No.: 1:15-CV-11254.

4. At all times relevant, Plaintiff is a resident of Chicago, Cook County, Illinois.

5. At all times relevant, Defendants are University of Illinois-Chicago (hereinafter

"UIC") Police officers.

6. That on or about March 30, 2014, Plaintiff was arrested at the UIC Campus.

7. That after Plaintiff was arrested, upon being escorted by the UIC Police,

Plaintiff was punched and kicked in the stairwell by Defendants.

8. That on or about March 31, 2014, Plaintiff was taken to the UIC Hospital to get

blood work.

9. That after Plaintiff was tested at the UIC Hospital, Plaintiff was taken back to the UIC police station.

10. That after arriving at the police station, Plaintiff was placed in a holding cell with no cameras.

11. That in the holding cell, Defendants continued to beat Plaintiff until Plaintiff signed a statement against himself.

12. Thereafter, in front of the holding cell, Defendants ran Plaintiffs head in to the cell wall and squeezed Plaintiffs testicles.

13. That on or about April 1, 2014, Plaintiff was transferred to another Chicago police station.

14. That Plaintiff advised the Defendants of his dislocated arm.

15. Then Defendants slammed Plaintiff face first on the floor.

16. That Defendants grabbed and forced Plaintiffs dislocated arm behind his back.

17. That Defendants continued to beat Plaintiff while he was on the floor.

## COUNT I
## USE OF EXCESSIVE FORCE CLAIM
## AGAINST OFFICER WILLIAM HONIOTES

1-17. Plaintiff adopts and incorporates herein as Paragraphs 1-17 of the Statement of Facts as though fully stated herein as Paragraphs 1-17 of Count I.

18. The 4th Amendment of the United States Constitution prohibits arrests that are made with excessive force.

19. OFFICER WILLIAM HONIOTES violated Plaintiffs 4th Amendment rights by punching and kicking Plaintiff in the stairwell, by running Plaintiffs head into the wall

and squeezing his testicles, and by beating Plaintiff on the floor and re-dislocating Plaintiffs arm.

20. Plaintiff brings this action pursuant to 42 U.S.C. Section 1983 for the violation of his 4th Amendment right to be free from use of excessive force during an arrest.

WHEREFORE, Plaintiff, TAVARES HUMPHRIES prays for entry of Judgement in his favor and against Defendant, OFFICER WILLIAM HONIOTES.

### COUNT II
### USE OF EXCESSIVE FORCE CLAIM
### AGAINST OFFICER ARMANDO JUAREZ

1-17. Plaintiff adopts and incorporates herein as Paragraphs 1-17 of the Statement of Facts as though fully stated herein as Paragraphs 1-17 of Count II.

18. The 4th Amendment of the United States Constitution prohibits arrests that are made with excessive force.

19. OFFICER ARMANDO JUAREZ violated Plaintiffs 4th Amendment rights by punching and kicking Plaintiff in the stairwell, by running Plaintiffs head into the wall and squeezing his testicles, and by beating Plaintiff on the floor and re-dislocating Plaintiffs arm.

20. Plaintiff brings this action pursuant to 42 U.S.C. Section 1983 for the violation of his 4th Amendment right to be free from use of excessive force during an arrest.

WHEREFORE, Plaintiff, TAVARES HUMPHRIES prays for entry of Judgement in his favor and against Defendant, OFFICER ARMANDO JUAREZ.

John V. Schrock

By: _____

Attorney for Plaintiff

John V. Schrock-6201876
John Schrock Law
24047 West Lockport Street
Suite 201-M
Plainfield, IL. 60544
815-246-3100
jvschrock@netscape.net